**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANYELO JAVIER GONZALEZ RODRIGUEZ,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-02075-DB** |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** *U.S. Attorney General, et al.,* | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court *sue sponte* considered the above-captioned case. On August 14, 2026, the Court issued an Order enjoining Respondents from removing Petitioner Anyelo Javier Gonzalez Rodriguez ("Petitioner") from the Western District of Texas – El Paso Division or the United States. *See* ECF No. 6. Pursuant to that same Order, Petitioner's stay of removal was automatically reinstated on November 2, 2026. *See id.* at 2. However, considering the Fifth Circuit's recent decision in *Gakou v. Warden of Prairieland Detention Center*, the Court finds it must lift the stay of removal issued in this case without reinstatement. No. 26-10925, 2026 WL 3044209 (5th Cir. Oct. 10, 2026) (per curiam).

Furthermore, the Court ordered Respondents to file a status advisory "either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date no later than November 4, 2026." ECF No. 6 at 2. To date, Respondents have not complied with the Court's Order. In any case, the Court will provide additional time for Respondents to comply.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the

boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" originally issued on August 7, 2026, in ECF No. 2, and reinstated on November 2, 2026, *see* ECF No. 6 at 2, is **LIFTED**.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date **no later than November 10, 2026**.

SIGNED this 6th day of November, 2026.

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**